FILED 11 APR 26 15:06 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

EDWARD PERGANDE,

        Plaintiff,        Civil No. 10-690-TC

      v.                   ORDER

CHERI WOOD, et al.,

        Defendants.

COFFIN, Magistrate Judge.

    Plaintiff, pro se filed an amended complaint without leave of court as required by Fed. R.Civ.P. 15. The amended complaint was docketed (#48) and I deem it to be the operative pleading before the court.

    Defendants' motions to dismiss (#36) and (#43) are denied without prejudice to re-file the motions insofar as they apply to plaintiff's amended complaint.

    DATED this 26t day of April, 2011.

                                    Thomas M. Coffin
                                    United States Magistrate Judge

1 - ORDER